Marat NASYBULIN, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05–77362.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.*

Filed March 15, 2007.

Eric S. Merrifield, Esq., Perkins Coie, LLP, Seattle, WA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Immigration and Naturalization Service, Office of the District Counsel, Seattle, WA, Norah Ascoli Schwarz, Esq., Elizabeth J. Stevens, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Marat Nasybulin, a native and citizen of Uzbekistan, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Singh v. INS,* 295 F.3d 1037, 1039 (9th Cir.2002), we deny the petition for review.

Contrary to Nasybulin's contentions, the BIA considered the submitted evidence and acted within its broad discretion in determining that the evidence was insufficient to warrant reopening. *See id.* (the BIA's denial of a motion to reopen will be reversed only if it is "arbitrary, irrational or contrary to law").

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.